27 F.3d 555
 Barnes (Tony)
v.
Fauver (William H.), Commissioner of New Jersey Dept. of
Correction, Rafferty (John), Deputy Director of N.J. Dept.
of Correction, Arvonio (Patrick), Administrator of East
Jersey State Prison, Butler (Joseph E.), Associate Admin. of
East Jersey State Prison, Jackson (Henry), Pinchak (Steven),
Assistant Superintendent of East Jersey State Prison, Moore
(T.), Assistant Superintendent at East Jersey State Prison,
Ortiz (Alfaro), Assistant Superintendent
 NO. 93-5623
 United States Court of Appeals,
Third Circuit.
 May 25, 1994
 
 Appeal From: D.N.J.,
 Wolin, J.
 
 
 1
 AFFIRMED.